[No. 26909-7-I.   Division One.   May 18, 1992.]

THE STATE OF WASHINGTON, *Respondent*, v. JUAN PEDRO PEREZ, *Appellant*.

Appeal from a judgment of the Superior Court for Whatcom County, No. 90-1-00011-0, David A. Nichols, J., entered

May 4, 1990. *Affirmed* by unpublished opinion per Webster, J., concurred in by Grosse, C.J., and Agid, J.